

**ORDERED in the Southern District of Florida on September 20, 2013.**

Paul G. Hyman, Chief Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION

In re:                                                              CASE NO.: 13-27015-BKC-PGH

**Jodi Eisinger,**                                         CHAPTER 13
     Debtor(s).
_____/

## ORDER DENYING MOTION (ECF NO. 17) FOR FAILURE TO PROVIDE REQUIRED NOTICE

**THIS MATTER** came before the Court on the *Motion for Relief from Stay* (ECF No. 17) (the "Motion") filed by Branch Banking and Trust Company (the "Movant") through its attorney Douglas A. Goldin, Esq.

Pursuant to Local Rule 9073-1(A), on September 5, 2013, a *Notice of Hearing* (ECF No. 18) was issued with regard to the Motion, setting a hearing on September 24, 2013. Local Rule 9073-1(B) required the Debtor to immediately serve the Notice of Hearing on all required parties and file, not later than two business days after

service of the Notice of Hearing, a certificate of service for the Notice of Hearing as required under Local Rule 2002-1(F). Federal Rule of Bankruptcy Procedure 9006(d) requires that a Notice of Hearing be served not later than seven (7) days before the time specified for hearing. Local Rule 9073-1(B) provides that a request for relief as to which a Notice of Hearing is not timely served or a certificate of service timely filed may be denied *sua sponte* by the Court without further notice or hearing.

As of the date of this Order, the Movant filed no certificate of service with regard to the Notice of Hearing. Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

1. The *Motion for Relief from Stay* (ECF No. 17) is **DENIED WITHOUT PREJUDICE**.

2. The hearing on the Motion which was scheduled for September 24, 2013, is **CANCELLED**.

3. If counsel who filed the Motion files a motion requesting the same or substantially similar relief on behalf of the Movant, counsel shall not charge the Movant for any fees or expenses in connection with the preparation or filing of such substitute motion including, without limitation, any filing fee.

###

Copies Furnished To:

Douglas A. Goldin, Esq.

Robin R Weiner, Trustee

AUST

Douglas A. Goldin, Esq. is directed to serve a conformed copy of this order on all appropriate parties and file a certificate of service with the Court.